NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RILLITO RIVER SOLAR LLC, dba Ecofasten Solar,**

*Plaintiff-Appellant*

v.

**BAMBOO INDUSTRIES, LLC, dba SolarHooks,**

*Defendant-Appellee*

---

2022-1358

---

Appeal from the United States District Court for the Eastern District of California in No. 2:17-cv-00181-TLN-CKD, Judge Troy L. Nunley.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.


FOR THE COURT

July 15, 2022
  Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court


**ISSUED AS A MANDATE:** July 15, 2022